Mccudden v College (2025 NY Slip Op 05434)

McCudden v College

2025 NY Slip Op 05434

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (934/24) CA 23-01865.

[*1]CALEB MCCUDDEN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF-APPELLANT-RESPONDENT, 
v
CANISIUS COLLEGE, DEFENDANT-RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.